IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **RAYMOND GREGGS,** | ) | |
| **Plaintiff,** | ) ) ) | **NO. 1:22-cv-00041** |
| v. | ) ) | **JUDGE CAMPBELL** |
| **KILOLO KIJAKAZI,** *Acting Commissioner of Social Security*, | ) ) ) | **MAGISTRATE JUDGE HOLMES** |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18), which was filed on May 31, 2023. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Record (Doc. No. 11) be granted and that the Social Security Administration's decision be reversed and this action remanded for further proceedings. The Report and Recommendation advised the parties that any objections must be filed within 14 days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion (Doc. No. 11) is **GRANTED**. The determination of the Social Security Administration is **REVERSED**, and this case is **REMANDED** to the Administration for further proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE